# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10MJ108 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS THE COMPLAINT |
| JOSE CARLOS OLIVEIRA-COUTINHO, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED**, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Complaint regarding Defendant, JOSE CARLOS OLIVEIRA-COUTINHO, pursuant to Motion of the United States (Filing No. 16).

DATED this 25th day of May, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge